IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. – JFM-11-0526 |
| | * | |
| ANDRE ROACH | * | |

## MEMORANDUM

Andre Roach has filed a motion pursuant to 18 U.S.C. §3582(c). The motion will be denied. Roach was sentenced pursuant to a guilty plea entered pursuant to Fed. R. Crim. P. 11(c)(1)(C). The agreement did not call for Roach to be sentenced within a particular Guideline range or make clear that the basis for the term specified in the C-plea was a Guideline sentencing range applicable to the sentence to which the defendant pleaded guilty. Accordingly, Roach's motion is without merit. *See Freeman v. United States*, 564 U.S. 522 (2011) (Sotomayor, J. concurring).

A separate order denying Roach's motion is being entered herewith.

Date: 1/4/17

J. Frederick Motz
United States District Judge

BY _____ DEPUTY
AT BALTIMORE
CLERK'S OFFICE
2017 JAN -5 AM 11:47
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
FILED