# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| **v.** | \* |
| | \* **CRIMINAL NO.: GLR -11-526** |
| **ANDRE RICARDO ROACH, et al.,** | \* |
| | \* |
| **Defendant.** | \* |
| | \* |
| | \*\*\*\*\*\*\* |

## NOTICE

Madam Clerk:

Please strike the appearance of Harry M. Gruber as counsel for the government for all purposes in the above-captioned case.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____/s/_____
Harry M. Gruber
Assistant United States Attorney